MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

THOMAS M. NEWMAN
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6888

Attorneys for the United States of America

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-686-CRB |
|     Plaintiff, ) | |
|     v. ) | STIPULATION TO CONTINUE SENTENCING |
| RESHANA NOLEN, ) | |
|     Defendant. ) | |

    This matter is set for hearing on January 25, 2012, for sentencing. The parties stipulate to continue sentencing until June 13, 2012, at 2:15 p.m. The parties agree that sentencing would not be appropriate at this time, and that additional time is needed so that the defendant, and the government, can provide additional information to the Probation Officer, and that the defendant can have adequate time to prepare for sentencing.

*Stipulation to Continue*
*Case No. 10-cr-686-CRB*

```
                                        Respectfully submitted,
                                        MELINDA HAAG
                                        United States Attorney


                                        /s/Thomas M. Newman
Dated: December 20, 2011                THOMAS M. NEWMAN
                                        Assistant United States Attorney
                                        Tax Division

Dated: December 20, 2011                /s/  With Permission
                                        PAUL DeMEESTER
                                        Attorney for Defendant
```

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: DEC 27 2011

_____
CHARLES R. BREYER
United States District Judge

*Stipulation to Continue*
*Case No. 10-cr-686-CRB*                    2